THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GOLDEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.